1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**v**                                        **Cr. NO.:  21CR00173-3 (ADC)**

**BRIAN DAVID BRIONI-CASTELLANO**

### MOTION NOTIFYING BAIL VIOLATIONS AND REQUESTING THAT THE PROBATION OFFICER BE ALLOWED TO IMPLEMENT AN ACTION PLAN

TO THE HONORABLE AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, CLAUDIA I. MIRANDA SANDOVAL, U.S. PROBATION OFFICER of this Honorable Court, who respectfully informs that:**

On May 21, 2021, the defendant was ordered released by the Honorable Marcos E. Lopez, U.S. Magistrate Judge, on a $10,000 unsecured bond, with substance abuse testing, participation in a substance abuse program as directed by the supervising officer and other conditions of release.

1. On September 13, 2021, a home visit was conducted, and a drug sample was collected. The same yielded positive for Cannabinoids. The results were discussed with Mr. Brioni-Castellano who admitted using marijuana three (3) weeks ago in violation to bail condition *7(m): "Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner".* Mr. Brioni-Castellano signed a drug admission form.

2

2. Mr. Brioni-Castellano was instructed to stop using illegal substances while on bail supervision and informed of the potential consequences of such behavior. Mr. Brioni-Castellano has been placed in our random drug testing program and will be monitored during community and home visits.

**WHEREFORE**, it is respectfully requested that the court allow the undersigned to continue with the mentioned supervision plan. Any additional violations will be reported to the court for the appropriate action.

San Juan, Puerto Rico, this 17th day of September 2021.

RESPECTFULLY SUBMITTED,

LUIS O. ENCARNACION, Chief
U.S. PROBATION OFFICER

*S/Claudia Miranda-Sandoval*
Claudia Miranda-Sandoval
U.S. Probation Officer
Federal Office Bldg. Room 225
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-249-8419
Fax 787-766-5945
Email: claudia.miranda@prp.uscourts.gov

3

## CERTIFICATE OF SERVICE

I HEREBY certify that today, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

San Juan, Puerto Rico, this 17th day of September 2021.

*S/Claudia Miranda-Sandoval*
Claudia Miranda Sandoval
U.S. Probation Officer